IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WADE THOMAS, | ) |
|   Plaintiff, | ) |
| -vs- | )  NO. 02-920-CJP |
| BONNIE SULLIVAN, JACOB NULL, BOBBY CRESPI, LARRY HENDERSON, C/O SIEGLEMAN, and C/O SWEATLAND, | ) |
|   Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before this Court for jury trial.  The issued have been tried and the jury has rendered its verdict.

Defendant **BONNIE SULLIVAN** was dismissed by an Order entered by Judge William D. Stiehl on March 11, 2004, (Doc. 31).

Defendants **JACOB NULL, LARRY HENDERSON**, and **C/O SIEGLEMAN** were dismissed by an Order entered by Judge William D. Stiehl on September 8, 2005, (Doc. 58).

A jury verdict was returned in favor of defendants **BOBBY CRESPI** and **C/O SWEATLAND** and against plaintiff **WADE THOMAS** on March 28, 2006, (Doc. 88).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **BONNIE SULLIVAN, JACOB NULL, BOBBY CRESPI, LARRY HENDERSON, C/O SIEGLEMAN** and **C/O SWEATLAND** and against plaintiff **WADE THOMAS**.

Plaintiff shall take nothing from this action.

**DATED** this 29th day of March, 2006

   NORBERT G. JAWORSKI, CLERK

   BY: S/Angie Vehlewald
            Deputy Clerk

Approved by   S/ Clifford J .Proud
      **United States Magistrate Judge**
      **Clifford J. Proud**